**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**STERN, LAVINTHAL, FRANKENBERG & NORGAARD**
Gary K. Norgaard, Esq. (9243)
John O'Boyle, Esq. (6337)
184 Grand Avenue
Englewood, New Jersey 07631
(201) 871-1333
*Attorneys for Block 106 MTGE, LLC*

---

In Re:

BLOCK 106 DEVELOPMENT, LLC

Debtor.

Chapter 11

Case No. 11-27050 (DHS)

Judge: Donald H. Steckroth

Hearing Date: July 12, 2011

**NOTICE OF MOTION FOR DISMISSAL OF CASE UNDER 11 U.S.C. SEC. 1112(b), OR, IN THE ALTERNATIVE, TO CLASSIFY THE DEBTOR AS SINGLE ASSET REAL ESTATE UNDER 11 U.S.C. SEC. 101(51B) AND 362(d)(3)**

Block 106 Mtge, LLC has filed papers with the Court for an Order Dismissing the above-captioned case, or, in the alternative, classifying the case as single asset real estate. **Your rights may be affected.** You should read these papers carefully and discuss them with your lawyer, if you have one on this case. (If you do not have a lawyer, you may wish to consult one.)

If you do not want the court to grant the requested order, or if you want the court to consider your views on the motion, then at least seven (7) days prior to the scheduled hearing, you or your lawyer must:

File with the Court a written response or answer explaining your position, and mail a copy to:

STERN, LAVINTHAL, FRANKENBERG & NORGAARD, LLC
184 Grand Avenue
Englewood, New Jersey 07631

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it at least seven (7) days in advance of the scheduled hearing.

**HEARING SCHEDULED TO BE HELD BEFORE:**

    Honorable Donald H. Steckroth
    Date:   July 12, 2011      Time: 10:00 A.M.
    Place:  King Federal Building
           50 Walnut Street, Third Floor
           Newark, NJ  07102

    Pursuant to D.N.J. LBR 9013-1(f), the movant waives oral argument unless opposition to our motion is filed.  Pursuant to D.N.J. LBR 9013-1(d), if you wish to oppose the motion, you must file with the Office of the Clerk of the Bankruptcy Court responding papers stating with particularity the basis of your opposition to the motion.

    A copy of the proposed Order which is sought is enclosed with this Motion.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter the order requested therein.


Dated:  6/15/11                         STERN, LAVINTHAL, FRANKENBERG
                                        & NORGAARD, LLC


                                   By:____/s/_John O'Boyle_____
                                        John O' Boyle, Esq.



TO:    ALL PERSONS ON THE ANNEXED SERVICE LIST

## SERVICE LIST

Michael D. Sirota, Esq.
Cole, Schotz, Meisel, Forman & Leonard, PA
Court Plaza North, 25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
(Counsel to Debtor)

Donald F. MacMaster, Esq.
Office of the United States Trustee
U.S. Department of Justice
One Newark Center, Ste. 2100
Newark, NJ 07102

All State Environmental, LLC
3143 Bordentown Avenue
Parlin, NJ 08859

Tax Collector, City of Hoboken
City Hall
Newark & Washington Streets
Hoboken, NJ 07030

Joel R. Glucksman, Esq.
Scarinci & Hollenbeck
1100 Valley Brook Ave.
P. O. Box 790
Lyndhurst, NJ 07071
(Counsel to City of Hoboken)

US Bank – Custodian/SASS Muni V
c/o Tax Lien Service Group
2 Liberty Place, Ste. 1950
Philadelphia, PA 19102

Dresdener Robin, Inc.
130 Bay Street
Jersey City, NJ 07302-2923

Fields Development
One Henderson Street
Hoboken, NJ 07030

John J. Curley, Esq.
Harborside Financial Center
1202 Plaza Ten
Jersey City, NJ 07311

Melillo & Bauer Assoc.
2399 Highway 34
Building D-3
Manasquan, NJ 08736

North Hudson Sewerage Authority
1600 Adams Street
Hoboken, NJ 07030

State of New Jersey
Division of Taxation
P.O. Box 119
Trenton, NJ 08625

NJ Department of Environmental Protection
Division of Remediation Support
401 East State Street
P.O. Box 028
Trenton, NJ 08625-0028

Tarragon Development Corporation
c/o William Friedman
192 Lexington Avenue, 15th Floor
New York, NY 10016